

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brent Wayne Cagle, Appellant

No. 06-20-00025-CR        v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-213). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens  participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Brent Wayne Cagle, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk